ACCEPTED
04-15-00401-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/2015 9:31:43 AM
KEITH HOTTLE
CLERK

## IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

**AARON GERARD RODRIGUEZ**

**VS.**

**STATE OF TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/15 9:31:43 AM
KEITH HOTTLE
Clerk

**NO. 04-15-00401-CR**

### SECOND MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, Aaron Gerard Rodriguez, and respectfully moves the Court to extend the time for filing the Brief for Appellant for 30 days, until December 12, 2015, and in support of said motion would show the Court as follows:

### I.

This is an appeal from a judgment adjudicating guilt, revoking community supervision, and assessing a 20-year sentence. Appellant was sentenced in Cause No. 2011-CR-6071, styled *State of Texas v. Aaron Gerard Rodriguez*, on June 2, 2015, in the 144th District Court of Bexar County, Texas, Hon. Lorina Rummel presiding.

## II.

No motion for new trial was filed. Appellant's notice of appeal was timely filed on June 22, 2015.

## III

The clerk's record of the trial was filed electronically with the Court of Appeals on July 20, 2015. The reporter's record (2 volumes by Kay Gittinger) was filed electronically on September 10, 2015.

Appellant's brief is due on November 12, 2015. This motion is timely, pursuant to Rule 38.6(d), T.R.A.P. One prior request for an extension to file Appellant's brief has been filed and granted..

## IV.

Appellant requests a 30-day extension to file his brief, until December 12, 2015. During the previous month, counsel has e-filed his briefs in the following case: (1) No. 04-15-00382-CR, *Richard Salas v. State of Texas*, filed October 21, 2015, and (2) No. 04-15-00289-CR, *Rodney Joe Garrett v. State of Texas*, filed on November 9, 2015. Counsel is presently working on his brief in Nos. 04-15-00420-CR & 04-14-00421-CR, *Jose Luis Garza-Ramirez v. State of Texas.* During the previous month, counsel has also filed his response to order proposing to dismiss appeal in No. 04-15-00592-CR, *David Devan Trevino v. State of Texas*, filed November 2, 2015.

V.

**Extenuating Circumstances.**  The undersigned attorney has been the sole appellate attorney in the Bexar County Public Defender's Office since September 24, 2015, when the employment of other appellate counsel in this office ended and he assumed representation in all but two of the other attorney's cases. This effectively more than doubled the undersigned counsel's caseload, a situation which will continue until a replacement counsel his hired.  The last two briefs which the undersigned counsel filed were from the other attorney's caseload, and the Rodney Joe Garrett reporter's record consists of 12 volumes, necessitation a lengthy preparation time.

WHEREFORE, the Appellant requests this Court to extend the time for filing the brief for Appellant until December 12, 2015.

Respectfully submitted,

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701
FAX (210) 335-0707
mrobbins@bexar.org
Bar No. 16984600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing first motion to extend time to file brief has been emailed to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; on November 12, 2015.

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender